**FILED**

01/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0640





**FILED**

JAN 0 5 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 22-0640

IN RE THE MARRIAGE OF:

SALLY JO HUFFARD,

      Petitioner and Appellee,

  and

GREGORY ALAN HUFFARD,

      Respondent and Appellant.

**GRANT OF EXTENSION**

    Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until February 6, 2023, to prepare, file, and serve the Appellant's brief.

DATED this January 5, 2023

Bowen Greenwood
Clerk of the Supreme Court

c:    Gregory Alan Huffard, Matthew B. Gallinger